# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

William Sepatis

          Plaintiff(s),

    v.

City and County of San Francisco

          Defendant(s).

CASE NO. 08-02497 JCS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 22, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Meredith B. Osborn | City and County of San Francisco | (415) 554-3911 | meredith.osborn@sfgov.org |
| John Houston Scott | William Sepatis | (415) 561-9600 | john@scottlawfirm.net |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/11/08

                                                          Attorney for Plaintiff

Dated: 8/11/2008

                                                          Meredith B. Osborn
                                                          Attorney for Defendant

Rev 12.05