# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 08-02497 JCS**

**CASE NAME: WILLIAM SEPATIS v. CITY & COUNTY OF SF, ET AL.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 22, 2008    **TIME: 10 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>John Scott | **COUNSEL FOR DEFENDANT:**<br>Meredith Osborn |

**PROCEEDINGS:**                                             **RULING:**

1. Case Management Conference                                Held.

---

**ORDERED AFTER HEARING:**

This case shall be referred to Magistrate Judge Edward M. Chen for a settlement conference, to occur within 90 days, or at the convenience of Judge Chen's calendar. Updated joint cmc statement due by 11/7/8, which shall include a schedule for the remainder of the case.
Discovery is STAYED, except for the depositions of Plaintiff and the two individual Defendants. Depositions to be taken before the settlement conference.

---

**ORDER TO BE PREPARED BY:**       () Plaintiff       () Defendant       (X) Court

**CASE CONTINUED TO:**              at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ()Jury   ()Court    Set for    days | | |

cc:      Chambers; Karen, Wings, Leni
* (T) = Telephonic Appearance