UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SEPATIS, | Case No. C-08-02497 JCS |
| Plaintiff(s), | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| v. | |
| CITY AND COUNTY OF SF, ET AL., | |
| Defendant(s). | |

Following a case management conference held on **August 22, 2008,**

IT IS HEREBY ORDERED THAT:

1. This case shall be referred to Magistrate Judge Edward M. Chen for a settlement conference, to occur within ninety (90) days, or at the convenience of his calendar. Counsel will be contacted by Judge Chen's chambers with a date and time of the conference.

2. Discovery is STAYED, except the parties may take the deposition of Plaintiff, and the two (2) individual Defendants before the settlement conference.

3. An updated joint case management conference statement shall be due by **November 7, 2008,** and which shall include a schedule for the remainder of the case.

4. A further case management conference is set for **November 14, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: August 25, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge