DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3911
Facsimile:     (415) 554-3837
E-Mail:        meredith.osborn@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SEPATIS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SEAN FROST, FREDERICK SCHIFF and DOES 1-25, inclusive, <br><br> Defendants. | Case No. C08-2497 JCS <br><br> **JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE CURRENTLY SET FOR OCTOBER 20, 2008; [PROPOSED] ORDER** <br><br> Hearing Date:     October 20, 2008 <br> Time:               10:00 a.m. <br><br> Trial Date:         Not set |

      The Settlement Conference is currently scheduled for Monday, October 20, 2008 at 10:00 a.m.  The parties request a continuance of the Settlement Conference to Thursday, November 20, 2008 at 10:00 a.m., subject to the Court's availability.

      There is good cause for such a continuance because counsel for both plaintiff and defendants have trials in other cases scheduled for the end of October.  The parties have therefore agreed to schedule the depositions of plaintiff and the named officer defendants for November 4 and 5, 2008,

1  so long as neither counsel is still in trial on those dates. The parties believe that a settlement
2  conference would be most effective after these depositions have taken place.
3       Accordingly, the parties respectfully request that this Court continue the settlement
4  conference to Thursday, November 20, 2008 at 10:00 a.m., subject to the Court's availability.
5
6  Dated: October 6, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MEREDITH B. OSBORN
Deputy City Attorney

By:  s/*Meredith B. Osborn*
MEREDITH B. OSBORN
Attorneys for Defendants

Dated: October 6, 2008

By:  s/*John Houston Scott*
JOHN HOUSTON SCOTT
Attorney for Plaintiff

1  **[PROPOSED] ORDER**

2  IT IS HEREBY ORDERED that the Settlement Conference currently set for October 20, 2008

3  at 10:00 a.m. is hereby continued to **Monday, November 24, 2008** at 10:00 a.m.  Settlement

4  Conference statements shall be lodged by **November 10, 2008** with Judge Chen's Chambers by hard

5  copy only.  Statements shall not be electronically filed ("e-filed").

8  Dated: October 7, 2008



Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen