John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**Scott Law Firm**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
WILLIAM SEPATIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SEPATIS,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SEAN FROST, FREDERICK SCHIFF and DOES 1-25, inclusive,<br><br>       Defendants. | Case No. C08-2497 JCS<br><br>**STIPULATED REQUEST FOR ORDER ENLARGING TIME FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Filed Date:   May 16, 2008<br>Trial Date:   not set |

       Both parties, plaintiff William Sepatis and defendant City and County of San Francisco, hereby stipulate to modify the briefing schedule for defendants' motion for summary judgment in exchange for plaintiff William Sepatis' non-opposition to defendant's amending their motion for summary judgment, Document No.29 on the Court's docket.

       There is currently no trial date set in this case.

       There have been no other requests for time modification as to defendant's motion for summary judgment.

       Modification in the briefing schedule would enlarge all applicable dates by two weeks. So, the hearing for defendant's motion for summary judgment is moved from Friday, May 22, 2009 to

1:30 PM- JCS

**Friday, June 5, 2009 at ~~9:30 a.m.~~** Plaintiff's opposition to defendant's motion for summary judgment is due on or before **Friday, May 15, 2009.** Defendant's reply, if any, to plaintiff's opposition to defendant's motion for summary judgment is due on or before **May 22, 2009.**

Neither party nor the court will be prejudiced by enlarging all applicable dates related to defendant's motion for summary judgment by two weeks.


Dated:  April 17, 2009                    Respectfully submitted,


                                          **SCOTT LAW FIRM**


                                          By:____/s/ John Houston Scott
                                          JOHN HOUSTON SCOTT
                                          Attorneys for Plaintiff WILLIAM SEPATIS

Dated:  April 17, 2009                    Respectfully submitted,


                                          By:_____/s/ Meredith Osborn
                                          MEREDITH OSBORN
                                          Attorneys for Defendant City and County of San Francisco


Dated:  April 23, 2009

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED REQUEST FOR ORDER ENLARGING      2
TIME FOR DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT BRIEFING SCHEDULE