1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MEREDITH B. OSBORN, State Bar #250467
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3911
6  Facsimile:    (415) 554-3837
   E-Mail:       meredith.osborn@sfgov.org
7

8  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO,
9  OFFICER SEAN FROST & OFFICER FREDERICK SCHIFF

10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| WILLIAM SEPATIS, | Case No. C08-2497 JCS |
|---|---|
| Plaintiff, | **STIPULATED REQUEST FOR ORDER ENLARGING TIME AND [~~PROPOSED~~] ORDER** |
| vs. | [Civil L.R. 7-12] |
| CITY AND COUNTY OF SAN FRANCISCO, SEAN FROST, FREDERICK SCHIFF and DOES 1-25, inclusive, | Trial Date:    Not set |
| Defendants. | |

Both parties, plaintiff William Sepatis and defendant City and County of San Francisco, hereby stipulate to modify the briefing schedule for defendants' motion for summary judgment.

There is currently no trial date set in this case.

There has been one other request for time modification as to defendant's motion for summary judgment, which resulted in the time for plaintiff's opposition being enlarged for two weeks.

Modification in the briefing schedule would not change the hearing date. The hearing for defendants' motion for summary judgment is set for Friday, June 5, 2009 at 1:30 p.m. Defendants'

time to reply to plaintiff's opposition to defendants' motion for summary judgment would be enlarged to on or before May 26, 2009. An electronic outage on the electronic filing system resulted in defendants being unable to file their reply brief on May 22, 2009. Defendants' counsel sent plaintiff's counsel an electronic copy of defendants' reply brief on May 22, 2009.

Neither party nor the court will be prejudiced by enlarging the time for defendant's reply to plaintiff's opposition.

Dated: May 26, 2009

By: _____
JOHN HOUSTON SCOTT
Attorney for Plaintiff WILLIAM SEPATIS

DATED: May 26, 2009

By: _____
MEREDITH B. OSBORN
Attorney for Defendants City and County of
San Francisco, Officer Sean Frost & Sergeant Frederick
Schiff

Dated: May 27, 2009



IT IS SO ORDERED
Judge Joseph C. Spero

STIP TO ENLARGE TIME  2  c:\documents and settings\tposey\local settings\temporary internet
CASE NO. C08-2497 JCS              files\content.outlook\xr5t702x\sepatisstip.doc